# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Katherine Lieb**
Of Counsel
Admitted In NY, NJ
Direct Dial:  212-500-1580
Email: klieb@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

December 7, 2023

> Time to respond to the complaint extended to January 10, 2024.  Conference adjourned from January 8, 2024 to January 26, 2024 at 12:00 p.m.  Dial-In No.:  1-888-363-4749, Access Code:  3667981.
> SO ORDERED.
> Dated:  12/8/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**By ECF**
Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Klauber Brothers, Inc. v. 8647313 Canada Inc., et al.*;
         Case No. 23-cv-08039 (PKC)

Dear Judge Castel:

This firm represents Defendants 8647313 Canada Inc. d/b/a JS Group International and Kay Unger, The Neiman Marcus Group LLC, Nordstrom, Inc., Saks.com LLC, and Dillard's, Inc. (collectively, "Defendants") in the above referenced matter. Pursuant to Section 1C of Your Honor's Individual Practices in Civil Cases, we write to respectfully request (i) an adjournment of Defendants' time to respond to the Complaint until January 10, 2024, and (ii) an adjournment of the Initial Pretrial Conference (currently scheduled for January 8, 2024) and associated deadlines to a date after January 24, 2024. Plaintiff has consented to the requested extensions.

As noted in our November 14 letter, Defendants are working to collect certain background information related to Plaintiff's claims to help facilitate the parties' discussions about a possible resolution of this matter.  Defendants have made progress in this endeavor but require some additional time to collect and provide such information to Plaintiff.  The Court previously granted Defendants' prior request to extend the deadline to respond to the Complaint until December 13, 2023 (ECF Nos. 17, 18).

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/      Katherine M. Lieb*
Katherine M. Lieb

cc:       All counsel of record